IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONIQUE de BOER, et al,

    Plaintiffs,

v.

DAY ELECTRIC, INC.,

    Defendant.

Civ. No. 1:19-cv-01729-AA

JUDGMENT

Pursuant to Plaintiffs' Notice of Voluntary Dismissal, this case is DISMISSED with prejudice. Each party shall bear their own fees and costs.

DATED: 11/5/2019

                        Mary L. Moran, Clerk

                        By    /s/ Cathy Kramer
                              Deputy Clerk